United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA RIGHT TO KNOW,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case Nos.  26-cv-01971-ASK<br>25-cv-04490-ASK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED for consideration of whether the case is related to *U.S. Right to Know v. National Institutes of Health*, Case. No. 25-cv-04490.

**IT IS SO ORDERED.**

Dated: June 1, 2026

_____
AJAY KRISHNAN
United States Magistrate Judge