CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7224
    Facsimile:  (415) 436-6748
    jevechius.bernardoni@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| U.S. RIGHT TO KNOW,<br><br>            Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES,<br><br>            Defendant. | Case No. 4:26-cv-01971-ASK<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

WHEREAS, Defendant United States Department of Health and Human Services ("HHS") has filed an answer to Plaintiff U.S. Right to Know's Freedom of Information Act complaint in the above-captioned action (ECF No. 10);

WHEREAS, the initial case management conference is currently scheduled for June 16, 2026 (ECF No. 6);

WHEREAS, on May 27, 2026, Assistant United States Attorney Jevechius D. Bernardoni filed a notice of substitution of counsel on behalf of HHS;

WHEREAS, AUSA Bernardoni has a pre-scheduled hearing on June 16, 2026, which conflicts with the initial case management conference in this case; and

STIPULATION AND ORDER
26-cv-01971-ASK                                              1

WHEREAS, the parties have met and conferred and agree that the case management conference currently set for June 16, 2026, should be continued to July 21, 2026.

NOW THEREFORE, the parties agree, subject to Court approval, that the June 16, 2026, case management conference should be continued to July 21, 2026, at 1:30 p.m.

DATED:  May 27, 2026                          Respectfully submitted,

                                              CRAIG H. MISSAKIAN
                                              United States Attorney

                                              */s/ Jevechius D. Bernardoni*
                                              JEVECHIUS D. BERNARDONI
                                              Assistant United States Attorney

                                              Attorneys for Federal Defendant


DATED:  May 27, 2026                          */s/ Richard A. Brody*
                                              RICHARD BRODY
                                              LILY RIVO
                                              WILLIAM FORTNA
                                              Greenfire Law, PC

                                              Attorneys for Plaintiff
                                              US RIGHT TO KNOW

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

STIPULATION AND ORDER
26-cv-01971-ASK                               2

**ORDER**

IT IS HEREBY ORDERED that the June 16, 2026 case management conference is continued to July 21, 2026 at 1:30 p.m.

DATED:  June 1, 2026

_____
Hon. Ajay Krishnan
United States Magistrate Judge

STIPULATION AND ORDER
26-cv-01971-ASK                                      1