Jessica L. Blome (Cal. Bar No. 314898)
Lily A. Rivo (Cal. Bar No. 242688)
Richard A. Brody (Cal. Bar No. 100379)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: jblome@greenfirelaw.com
lrivo@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiff U.S. Right to Know*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Case No.: 26-cv-01971-ASK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT**<br><br>Freedom of Information Act, 5 U.S.C. § 552 *et seq* |

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff U.S. Right to Know ("USRTK") and Defendant U.S. Department of Health and Human Services through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on March 6, 2026, Plaintiff filed its Complaint in this Action (ECF No. 1);

WHEREAS, Plaintiff desires to amend the Complaint to add Defendant Centers for Disease Control and related allegations against Centers for Disease Control;

WHEREAS, Federal Rule of Civil Procedure 15(a)(2) allows a party to amend its pleading with the opposing party's written consent;

WHEREAS, the parties have met and conferred regarding Plaintiff's request to file its First Amended Complaint;

WHERAS, the parties have met and conferred and agree that Defendant U.S. Department of Health and Human Services need not file an answer to the Amended Complaint;

NOW THEREFORE, the parties agree, subject to Court approval, that pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff may file its First Amended Complaint for declaratory and injunctive relief, a redline version of which is attached to this Stipulation as **Attachment A.**

DATED: October 6, 2026,

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

*Attorneys for Federal Defendant*

DATED: October 6, 2026

*/s/ Lily A. Rivo**
Jessica L. Blome
Lily A. Rivo
Richard A. Brody
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Email: jblome@greenfirelaw.com
lrivo@greenfirelaw.com
rbrody@greenfirelaw.com

*Attorneys for Plaintiff U.S. Right to Know*

**In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ________________

______________________________________
The Honorable Ajay S. Krishnan