# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| U.S. RIGHT TO KNOW<br>*Plaintiff(s)*<br>v.<br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, CENTERS FOR DISEASE CONTROL AND PREVENTION,<br>*Defendant(s)* | ) | Civil Action No. 4:26-cv-01971-ASK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Centers for Disease Control and Prevention,
Attn: Office of General Counsel
200 Independence Ave SW,
Washington, D.C. 20201

Todd Blanche, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

Craig H. Missakian,
U.S. Attorney, No. D. CA
50 Golden Gate Avenue
11th Floor, P.O. Box
San Francisco, CA 94102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lily A. Rivo (California State Bar No. 242688)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
NOTE: DEFENDANT'S ANSWER IS DUE 30 DAYS FROM RECEIPT OF THIS SUMMONS, 5 U.S.C. § 552(a)(4)(C).

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B.Busby*

Date: 10/20/2026

Karen Gorman
*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:26-cv-01971-ASK

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Craig H. Missakian, U.S. Attorney for the Northern District of California
was received by me on *(date)* 10/26/2026 .

❐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❐ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*:

Summons served pursuant to Federal Rule of Civil Procedure 4(i)(1)

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/28/2026

*s/ Patrick Johnson*
*Server's signature*

Patrick Johnson
*Printed name and title*

2748 Adeline St., Ste A, Berkeley, CA 94703
*Server's address*

Additional information regarding attempted service, etc:

ALERT: IMPACTS FROM COASTAL FLOODING IN THE SOUTHEAST AND WEST COAST REGION...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052704675509711

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:41 pm on October 26, 2026 in SAN FRANCISCO, CA 94102.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

SAN FRANCISCO, CA 94102
October 26, 2026 2:41 PM

**Redelivery Scheduled for Next Business Day**

SAN FRANCISCO, CA 94102
October 24, 2026 9:27 AM

**Arrived at USPS Facility**

SAN FRANCISCO CA DISTRIBUTION CENTER
October 22, 2026 10:42 AM

**Arrived at USPS Facility**

SACRAMENTO CA DISTRIBUTION CENTER
October 21, 2026 10:03 PM

**Departed Post Office**

VACAVILLE, CA 95687

October 21, 2026 6:14 PM

**USPS in possession of item**

VACAVILLE, CA 95687
October 21, 2026 3:04 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

9589 0710 5270 4675 5097 11

**U.S. Postal Service™**
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**For delivery information, visit our website at *www.usps.com®*.**

San Francisco, CA 94102

OFFICIAL USE

Certified Mail Fee
$ $5.55

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ [illegible]
- ☐ Return Receipt (electronic) $ [illegible]
- ☐ Certified Mail Restricted Delivery $ [illegible]
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ [illegible]

Postage
$ $3.72

Total Postage and Fees
$ $9.27

VACAVILLE, CA 95687
OCT 2 1 2026
UNITED STATES POST OFFICE

Postmark Here

10/21/2026

Sent To
Craig Missakian - USAO N.D. Cal.
Street and Apt. No., or PO Box No.
50 Golden Gate Ave, 11th Floor PO Box 36055.
City, State, ZIP+4®
San Francisco, CA 94102.

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions