CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7224
Facsimile: (415) 436-6748
jevechius.bernardoni@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| U.S. RIGHT TO KNOW,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendant. | Case No. 4:26-cv-01971-ASK<br><br>**STIPULATION REGARDING RESPONSE DEADLINE** |

WHEREAS, Plaintiff filed a first amended complaint on October 13, 2026 (ECF No. 25);

WHEREAS, Plaintiff effectuated service on October 27, 2026, and Defendants' response to the first amended complaint is currently due on November 27, 2026; and

WHEREAS, the parties have met and conferred and agree that Defendants' response deadline should be continued by one week, up to and including December 4, 2026, as a result of the Thanksgiving holiday.

NOW THEREFORE, the parties agree that Defendants' response deadline is continued up to and including December 4, 2026.

//

//

DATED: November 25, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jevechius D. Bernardoni**
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Federal Defendant

DATED: November 25, 2026

*/s/ Lily A. Rivo*
RICHARD BRODY
LILY RIVO

Greenfire Law, PC

Attorneys for Plaintiff
U.S. RIGHT TO KNOW

**In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*